Shawn WILLIAMS, Plaintiff–Appellant

v.

Raina MARTIN; Superintendent
Dave Dormire; Dr. Hardman,
Defendants–Appellees

Jefferson City Correctional Center
Classification Staff; J. Landis,
Defendants

Ronda L. Quigley, Defendant–Appellee

Jeff Norman; Alan Earls, Defendants.

No. 14–1871.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 4, 2015.

Filed: Feb. 27, 2015.

Shawn Williams, Licking, MO, pro se.

H. Anthony Relys, Asst. Atty. Gen., St. Louis, MO (Chris Koster, Atty. Gen., Jefferson City, MO, on the brief), for appellees Raina Martin, Ronda L. Quigley, and Dave Dormire.

Jessica L. Liss, Jackson Lewis P.C., St. Louis, MO, for appellee Rex Hardman, M.D.

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

PER CURIAM.

Missouri inmate Shawn Williams appeals from the order of the District Court[1] granting summary judgment to defendants in his 42 U.S.C. § 1983 action. After de novo review, see Green v. Dormire, 691 F.3d 917, 921 (8th Cir.2012) (standard of review), we agree with the District Court's analysis and its determination that summary judgment was warranted on the record. Accordingly, we affirm the judgment, see 8th Cir. R. 47B, and we deny Williams's pending motion.